UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                          :
UNITED STATES OF AMERICA                                  :
                                                          :
                                                          :
                                                          :          26-CR-214 (VSB)
                    -v-                                   :
                                                          :          **ORDER**
JESUS GUTIERREZ,                                          :
                                                          :
                         Defendant.    :
                                                          :
-------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Due to a conflict with the Court's schedule, it is hereby:

      ORDERED that the status conference currently scheduled for August 18, 2026 at 10:00

a.m. is adjourned to August 20, 2026 at 10:00 a.m.

SO ORDERED.

Dated:  July 1, 2026
        New York, New York

                                 Vernon S. Broderick
                                 United States District Judge