**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 3, 2026

**By ECF**
Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *United States v. Jesus Gutierrez*, 26 Cr. 214 (VSB)**

Dear Judge Broderick:

The Government respectfully submits this letter to seek an adjournment of the conference currently scheduled for August 20, 2026. (ECF 11.) The Government understands the Court and the parties are available on August 27, 2026, at 11:00 a.m.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: [signature]
Kevin Grossinger
Assistant United States Attorney
(212) 627-2426

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J. 8/4/2026

The conference currently scheduled for August 20, 2026 at 10:00 a.m. is hereby adjourned until August 27, 2026, at 11:00 a.m. Time is excluded from the Speedy Trial Clock between August 18, 2026 and August 27, 2026 to permit the parties to prepare for the upcoming conference. I find that such an exclusion of time is in the interest of justice and outweighs the interest of the public in a speedy trial.